UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

A.H. by his m/n/g ESTHER HOROWITZ,
C.H. by her m/n/g ESTHER HOROWITZ,
and MENDY HOROWITZ,

                                  Plaintiffs,

-against-

PRECISION INDUSTRIAL MAINTENANCE
INC. and LELAND THOMAS,

                                  Defendant.

**STIPULATION OF DISCONTINUANCE**

Case No. 1:19-cv-298 (FJS/CFH)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the within action, including all claims, cross-claims, counterclaims, and third-party claims, be and hereby is dismissed with prejudice.

The Stipulation may be filed without further notice. Scanned or faxed signatures are acceptable as originals for the purposes of this Stipulation.

The Court retains jurisdiction to enforce the terms of the settlement between the parties.

Dated: ~~January~~ February 7, 2022

GOLDBERG SEGALLA LLP

_____
Thomas P. Armstrong, Esq.
*Attorneys for Defendants*
8 Southwoods Blvd, Ste 300
Albany, New York 12211-2364
(518) 935-4219

Date: February 8, 2022

**Error! Unknown document property name.**

Dated January 28, 2022

LAW OFFICES OF ADAM J. ROTH

*DocuSigned by:*
*Adam Roth*
8828A87C777F45A...

_____
Adam Roth, Esq.
*Attorneys for Plaintiff*
112 Madison Avenue, 6th Floor
New York, NY 10016
(212) 922-3741

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge